7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Kristena A Ell
*Debtor*

*Bankruptcy Case No.*
13–44334–abf7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04124–abf

v.

**Kristena A Ell**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is entered in favor of the Plaintiff and against Defendant as follows: 1. The Defendant is ordered to pay to the Plaintiff the amount of $1,000.00, being a total of $650.00 for Plaintiff's attorneys fees, and $350.00 for Court costs. 2. That Defendant's discharge is hereby revoked. 3. This Judgment is a final judgment for purposes of execution.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 11/17/14

Court to serve